FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> Amundson, Henry Gerhard ) <br> Defendant. ) | Case No.: SACR 12-135-CJC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____CDCA_____,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _backyrd, cmty ties unknown_
_due to failure to interview; bail resources unknown;_
_ongoing substance abuse problem; nature of alleged_
_viols evidence he cannot be relied upon to comply with_
_supervision conditions_

1

2

3    and/or

4  B.    (X) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7    finding is based on _crim history record; new arrest for_

8    _new narcotics traff. offense while under supervision;_

9    _history of committing new crimes while under_

10   _supervision; substance abuse history_

11

12

13        IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: _4/8/13_

17                         ROBERT N. BLOCK
                           UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28